UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE E. JOHNSON,

    Petitioner,

v().

                                    CASE NO. 8:08-CV-1684-T-30MAP

ERIC HOLDER, Attorney
General of the United States, et al.,

    Respondents.
_____ /

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation Regarding Attorney's Fees (Dkt. #20), filed July 16, 2009. Upon review and consideration, and in light of the parties' agreement, it is hereby

ORDERED AND ADJUDGED that:

1. The parties' Joint Stipulation Regarding Attorney's Fees is ADOPTED. Within forty-five (45) days of the Court's Order, Defendants shall pay Petitioner's counsel the amount of $7,100.00 ($6,800.00 for attorney's fees and $300.00 for costs).

2. Petitioner's Verified Motion For Award Of Attorney's Fees And Expenses Under The Equal Access To Justice Act (Dkt. #15) is DENIED AS MOOT.

3. The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2008\08-cv-1684.joint stip 20.wpd